closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ZERIIYA ZEKKARIYAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ABKCO-ABKCO MUSIC & ) <br> RECORDS, INC. (aka ABKCO ) <br> Industries) - as Rep. Of Tracy, Ltd., ) <br> ) <br> Defendants. ) <br> ) | No. CV 11-03289-VBF (JCx) <br><br> **JUDGMENT** |

The Court, having granted defendant's Motion to Dismiss on July 14, 2011 (Dkt. #19), and having granted defendant's Motion for Attorney's Fees on August 17, 2011 (Dkt. #21), hereby ORDERS, ADJUDGES AND DECREES that plaintiff ZERIIYA ZEKKARIYAS take nothing by way of her Complaint, and FURTHER ORDERS, ADJUDGES AND DECREES that ABKCO MUSIC & RECORDS, INC. have and recover from ZERIIYA ZEKKARIYAS the sum of $42,279.75.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that interest shall accrue on the foregoing amount at the rate of zero point eleven percent (0.11%) per annum from the date of entry of this Judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that ABKCO MUSIC & RECORDS, INC. have and recover from ZERIIYA ZEKKARIYAS costs and disbursements.

DATED: August 23, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE